# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
### London Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

In re  Charles Truman Gayhart
      Angela D Gayhart
      129 Lynn Fork Road
      Slemp, KY 41763
      129 Lynn Fork Road
      Slemp, KY 41763

Case No. 21−60676−grs

Chapter: 7

aka/dba:

SSN/TID: xxx−xx−8632
         xxx−xx−0696

Debtor(s)

## CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 423, Certification About a Financial Management Course.

DATED: 1/20/22

                                                    Nathan W. Lee
                                                    Clerk of Court

KYE_clswodsc                                                                                    13